FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 0 1 2005

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TEDDY G. MORRIS                                             PLAINTIFF

vs.                        NO. 3:03CV00335 JLH

UNITED HEALTHCARE OF ARKANSAS, INC., ET AL                  DEFENDANTS

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendants be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this _____ day of June, 2005.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE